# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

JOHNNY C. BAKER,

        Petitioner,      :     Case No. 3:19-cv-294

- vs -                      District Judge Walter H. Rice
                             Magistrate Judge Michael R. Merz

EMMA COLLINS, Warden,
  Pickaway Correctional Institution,

                                          :

        Respondent.

---

## RECOMMITTAL ORDER

---

This habeas corpus case is before the Court on Petitioner's Objections (ECF No. 8) to the Magistrate Judge's Report and Recommendations recommending dismissal of the Petition (ECF No. 7).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

January 6, 2020.

                                                            Walter H. Rice
                                                       United States District Judge

1